# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS ARVEL BENSON,
                    Appellant,
           vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78840

FILED

JUN 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Appellant filed a notice of appeal on May 15, 2019. The notice of appeal fails to identify any judgments of the district court. Further, it does not appear from the district court docket and minute entries that the district court entered any appealable order. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-26282

cc: Hon. Kathleen E. Delaney, District Judge
Thomas Arvel Benson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A